THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH V. LINTON, Appellant, against JANE LINTON, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. JANE LINTON, Respondent, against RUTH V. LINTON, Appellant.—

In our opinion, a further inquiry should be made as to the relevant circumstances, so that appellant's parental rights may be accorded her in this proceeding, unless the situation disclosed on such additional hearing shall be such as to require a contrary determination. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.